UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DENNIS E. JONES-EL,

    Plaintiff,

v.                                           Case No. 07-C-0680

WILLIAM POLLARD,

    Defendant.

**ORDER DENYING MOTION TO SUPPLEMENT PETITION**

Petitioner Jones-El has filed a motion to supplement his petition seeking relief under 28 U.S.C. § 2254. Jones-El seeks to supplement his petition by adding additional detail to his claim that the identification procedures leading to his conviction was unduly suggestive. The additional detail is not required in order to state a claim for relief. I have already concluded that Jones-El has adequately set forth claims and directed the warden to respond. The court does not intend to allow Jones-El to supplement his petition every time he wishes to add additional detail to the allegations already set forth in detail. Once a response is received, Jones-El is certainly free to submit factual support for his claims in an appropriate manner. Supplementing the Petition on an ongoing basis, however, is not an appropriate manner of bringing those facts before the court. Accordingly, the motion to supplement record is denied.

**SO ORDERED** this   10th   day of September, 2007.

                                                          s/ William C. Griesbach
                                                          William C. Griesbach
                                                          United States District Judge