UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DENNIS E. JONES-EL,

    Petitioner,

v.                                          Case No. 07-C-0680

WILLIAM POLLARD,

    Respondent.

**ORDER ON PETITIONER'S RULE 7.4 EXPEDITED NON-DISPOSITIVE MOTIONS**

      Currently pending before the court are the petitioner's two Rule 7.4 Expedited Non-Dispositive Motions. On April 3, 2008, Jones-El filed a Rule 7.4 motion seeking an order requiring the respondent to file certain additional state court records, specifically:

> (i) Petitioner's post conviction motion (w/ attached exhibits) filed on his new direct appeal, all addendums to it, supporting memoranda, and motions to amend his post-conviction motion;
>
> (ii) "All court record materials from activity in his Kenosha County case during 2003 and 2004" (quoting what respondent says is available - R. 44:4); and
>
> (iii) The trial records' jury instructions, exhibit list, notes from jurors, verdicts of the jury, verdict forms, and PSI reports - all listed on the state courts record compilation (R. 104 - 118, of state record).

(Pet'r's Rule 7.4 Mot. at 2.)

      The respondent has not filed any response to the petitioner's motion. Thus, the petitioner's motion will be granted. The respondent is hereby <u>ordered to file the above-listed materials within 45 days of the date of this order</u>, at least to the extent that such materials are not already a part of the state court record that has been filed with this court.

      On April 15, 2008, Jones-El filed another Rule 7.4 Motion seeking an extension of time by which he is to file his brief in support of his habeas corpus petition. Specifically, he seeks an

extension so as to allow the filing of the above-described materials before he needs to file his brief. Once again, the respondent has not filed any response to this motion. Thus, the motion will be granted. The petitioner is hereby ordered to file his brief in support of his habeas corpus no later than 45 days after the above-listed materials are filed with the court.

**SO ORDERED** this 6th day of May 2008, at Milwaukee, Wisconsin.

/s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge